**Sharon B. IGLESIAS, Plaintiff— Appellant,**

v.

**John WOLFORD, Chief of Police, in his official and individual capacities; Thomas Marrow, City Manager, in his official and individual capacities; Don Jenkins, HR Manager, in his official and individual capacities; City of Oxford, North Carolina, Defendants— Appellees.**

No. 09–2223.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 8, 2010.

Decided: Nov. 5, 2010.

Charles E. Monteith, Jr., Monteith & Rice, PLLC, Raleigh, North Carolina, for Appellant. M. Robin Davis, Jackson Lewis LLP, Cary, North Carolina, for Appellees.

Before DAVIS and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon B. Iglesias appeals the district court's order granting summary judgment in favor of the Appellees on Iglesias' claims of violation of her First Amendment right to free speech and wrongful discharge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Iglesias v. Wolford,* 667 F.Supp.2d 573 (E.D.N.C.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*